IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Benard McKinley, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Rick Harrington, et al., )<br>)<br>Defendants. ) | Case No. 3:13-cv-00937-SCW |

**MOTION TO EXTEND DEADLINE TO FINALIZE SETTLEMENT**

Plaintiff, through his undersigned counsel, requests the Court enter an extension of time for the Parties to complete their settlement obligations. In support of his Motion, Plaintiff states:

1. With the Court's assistance, the Parties reached a settlement of the pending claims in this case during December 2016.

2. On December 21, 2016, the Court entered an Order directing the Parties to finalize settlement by March 24, 2017. (Docket No. 110).

3. The parties have executed required agreements and documents, and are close to completing settlement obligations.

4. Plaintiff requests a 60 day extension for the Parties to complete their settlement and advise the Court of the same.

Respectfully Submitted,

By: /s/ Timothy L. Binetti
Timothy L. Binetti (ARDC 6282534)
DINSMORE & SHOHL LLP
227 W. Monroe Street, Suite 3850
Chicago, IL 60606
(312) 428-2723
timothy.binetti@dinsmore.com
***Attorneys for Benard McKinley***