IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| BENARD McKINLEY, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| vs. | ) | CASE NO. 13-937-SCW |
|  | ) |  |
| RICK HARRINGTON, MICHAEL P. ATCHISON, AIMEE LANG, JOSHUA SCHOENBECK and L. PHELPS, | ) |  |
|  | ) |  |
| Defendant(s). | ) |  |

**JUDGMENT IN A CIVIL CASE**

Defendants Rick Harrington and Michael P. Atchison were dismissed with prejudice on October 15, 2013, by an Order entered by Chief Judge Michael J. Reagan (Doc. 7).

Defendants Joshua Schoenbeck and L. Phelps were severed from this case on October 22, 2014 by an Order entered by Chief Judge Michael J. Reagan (Doc. 46).

**THEREFORE,** judgment is entered in favor of Defendants **RICK HARRINGTON, MICHAEL P. ATCHISON, JOSHUA SCHOENBECK** and **L. PHELPS** and against Plaintiff **BENARD McKINLEY.**

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant Orders entered by United States Magistrate Judge Stephen C. Williams on December 21, 2016 (Doc.110), April 24, 2017 (Doc. 111) and July 13, 2017 (Doc. 122) the remaining claim in the above-captioned action is **DISMISSED** with prejudice and without costs.

The Plaintiff should take notice of the fact that he has 28 days from the date of this judgment for filing a motion for new trial or motion to amend or alter judgment under Rule 59(b) or (e) of the Federal Rules of Civil Procedure. These deadlines for motions under Rule 59 cannot be extended by

the Court. The Plaintiff should also note that he has 30 days from the date of this judgment to file a notice of appeal. This period can only be extended if excusable neglect or good cause is shown.

**DATED** this 16th day of March, 2018

**JUSTINE FLANAGAN, ACTING CLERK**

**BY:** */s/ Angela Vehlewald*
**Deputy Clerk**

**Approved by** */s/ Stephen C. Williams*
**United States Magistrate Judge**
**Stephen C. Williams**